IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

#3

NO FEE/NO IFP

**RECEIVED**
JUN 16 2014
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

15BE/KCC

14-0766

Dzhokhar Tsarnaev,
Plaintiff

v.                                                    CASE NO.

Bureau of Prisons,
Barack Obama,
Defendants

## Habeas Corpus Relief under 28 USC 2241

Comes now, Christopher Donnelly 'Next Friend' and Personal Representitive of Dzhokhar Tsarnaev files this Habeas Corpus Relief under 28 USC 2241. Tsarnaev's incarceration is unconstitutional, he is being held illegally against his will at Ft. Devens Medical Center Ayer Massachusetts where he is subjected to force medications Truth serum, Risperdal, and thorizine against his will, A invasion of privacy. Risperdal is causing Tsarnaev to grow man boobs, he was skinny, now he's drinking Flouride water, his food has Sodium Penathol, he gets no vitimin C which Tsarnaev always sneezes and gets colds and shivers in solitary SHU in a t-shirt, a thin blanket and all wearing orange orange is the new black. Tsarnaev is totally Innocent, the Boston Bombings was a False Flag Attack orchestrated by the Illuminati For New World Order to turn humanity into a George Orwell 1984 society and because of this I

Seek Tsarnaev to be released from custody Immediately. April 15th Boston Bombings were done by Jewish Mossad and MK ultra mind controlled Govt. Gang stalkers to Justify Gun control and new Govt. Rules, laws, regulations and higher sentencing guidelines. This was a vast conspiracy with the Rockefellers, Uniform Commercial code U.C.C. Followers, Bohemian Grove dancers, Federal reserve Bank participants at Jeckly Island controlling Americans Lives. Tsarnaev was a Innocent Bystander Just minding his own business at the Boston Marathon Watching his Favorite Runner Meb enjoying the day and now he is Framed. FBI murdered Tsarnaev's friend in Orlando Area to prevent him from testifying as a character witness in Tsarnaev's trial. Tsarnaev's Attorney Judy Clarke is ineffective she was also Jared Lee loughners Attorney now Jared sits in the Federal medical Center in Springfield Missouri; subjected to Force Feedings, cell extractions, forced medicated to silence loughner. Both Loughner & Tsarnaev were online Friends in Godlikeproductions.com Loughner went by Erad3 Tsarnaev went by "JaharEscobar" and Godlikeproductions is on by the CIA which recruits Patsy's to be false Flag Attacks under MK-ultra and Operation paperclip. Adam Lanza is innocent too, his Father Peter Lanza & James Holmes father Robert Holmes are part of the Libor Scandal of Jewish Bankers of our Fiat money Federal reserve notes that are backed by nothing of substance.

- James Holmes is INNOCENT, he was mind controlled by Colorado Billionaire Philip Anschutz who owns Regal cinemas, the Los Angeles Lakers, AEG Entertainment and Holmes was indoctrinated by the University of Colorado Anschutz to shoot Century 16 theater Regal cinemas Rival and Anschutz is heavily invested into Kobe Bryant where Anschutz bought off Kobe Bryants rape victim in Colorado. James Holmes, Adam Lanza, Dylan Klebold, Tsarnaev all were on Zoloft SSRI's which are killing our Youths turning children into walking Zombies blocking Dopamine Receptors were kids don't have love, kids on SSRI's want to commit
- Suicide and have no empathy, thats why all the Mass Shootings the shooters were on SSRI's. Even Hribil the Pittsburgh Area School Stabber was mind controlled so PA Governor can Justify Tax payer Expense metal detectors in school and more kids to be tried as Adults, Pennsylvania leads the Nation in Juvenile offenders serving life which is unconstitutional. I Fear if this court does not release Tsarnaev from custody Now and let him go back to the Chechnya Area he will get a unconstitutal Death Penalty which the new methods of lethal injection is unconstitutional States are not telling Execution victims what Drugs/Drug manufactures are injected in their veins which are human Experiment Guinea Pigs and Tsarnaev w. 71
- Fall victim to this and Tsarnaev will be put at the ADX in Florence Colorado and be influenced/Indoctrinated by ADX cronies Ted Unabomber, Eric Rudolph, Thomas

Silverstein and 9/11 20th Hijacker Zacarias Moussi will attack Jahar Tsarnaev cause Tsarnaev has hair, Moussaui does not and they both practice different forms of Islam, Tsarnaev a Shiite, Moussaui a Sunni so if Tsarnaev goes to ADX there will be sectarian violence. Tsarnaev also will denounce Islam and be a Atheist if you release him. Tsarnaev cannot file this habeas corpus 2241 hisself cause hes mentally incompetent from Bureau of Prisons torture, hes unable to seek relief himself cause of the drugs pumped in his skin. If you release him, Tsarnaev promises to behave, he will donate food at the United Way, serve U.S. troops soup in Afganistan, plant trees in California, advocated the dangers of climate change. I just want to give Tsarnaev a second chance, America owes him this. Tsarnaev is Boston Strong and he's truly sorry sheeple are blind on the Govt. Christopher Donnelly seeks relief for Tsarnaev. Free Jahar. God bless the U.S.

Respectfully

June 12, 2014

Chris Donnelly
Christopher Donnelly
'Next Friend' representative
For Dzhokhar Tsarnaev

Christopher Donnelly
JK 5048
301 Institution Dr
Bellefonte, PA 16823