IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DZHOKHAR TSARNAEV,          ) | |
|                              ) | Civil Action No. 14 - 766 |
| Petitioner,                  ) | |
|                              ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| v.                           ) | |
|                              ) | |
| BUREAU OF PRISONS and BARACK ) | |
| OBAMA,                       ) | |
|                              ) | |
| Respondents.                 ) | |

## **ORDER**

The petition filed by the individual identified above has been received without a filing fee or the forms required to proceed <u>in forma pauperis</u> in a habeas corpus case. This action may not proceed unless the Petitioner either,

1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00, or,

2) files a properly completed application to proceed in forma pauperis, along with an authorization form and a certified copy of the account statement for the six (6) months preceding the filing of the petition.

Therefore,

**IT IS ORDERED** this 18th day of June, 2014, that the Clerk of Court is to mark this case closed.

**IT IS FURTHER ORDERED** that the Petitioner may reopen the case by paying the $5.00 filing fee or submitting a motion to proceed in forma pauperis and a certified copy of the account statement for the six (6) months preceding the filing of the complaint within 30 days from the date of this order.

**IT IS FURTHER ORDERED** that the parties are allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules.  Failure to appeal within fourteen (14) days will constitute waiver of the right to appeal.

                                                                  s/Lisa Pupo Lenihan
                                                                  Lisa Pupo Lenihan
                                                                  Chief United States Magistrate Judge

cc:    Dzhokhar Tsarnaev
        S.C.I. Benner
        301 Institution Drive
        Bellefonte, PA  16823